ORDER: Motion granted without opposition.

E. Clifton Knowles
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY MICHON, | ) | |
| Plaintiff, | ) | Case No. 3:13-0189 |
| v. | ) | |
| | ) | Magistrate Judge Knowles |
| WESTERN EXPRESS, INC. | ) | |
| Defendant. | ) | Jury Demanded |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Ashley Michon ("Plaintiff") respectfully moves the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file an AMENDED COMPLAINT, a copy of which is attached hereto. The new complaint simply removes the underlying claim of discrimination on grounds of sex as a cause of action, although preserving its value as relevant background evidence. Neither party is remotely prejudiced by the removal of the underlying claims of discrimination under the THRA and Title VII. All other counts and allegations against defendants from the original complaint remain. The factual allegations remain largely the same, but are more fleshed out and articulated to reflect the nature of the amended complaint and the posture of the litigation moving forward.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Courts have routinely held that, "unless a substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *See*, *Shipner v. Eastern Air Lines, Inc.*, 868 F.2d 401 (11th Cir. 1989) (internal quotation

1