IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY MICHON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CASE NO. 3:13-0189 ) JUDGE NIXON/KNOWLES ) ) JURY DEMANDED ) |
| WESTERN EXPRESS, INC., | ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court upon Defendant's "Motion to Compel Production of Previously Requested Medical Discovery and to Extend Deadlines for Defendant's Discovery of Medical Records." Docket No. 43. Defendant has filed a supporting Memorandum. Docket No. 44. Plaintiff has filed a Response in Opposition to the Motion, arguing in part that Defendant had failed to comply with Local Rule 37.01. Docket No. 45.

Thereafter, Defendant filed an "Amended Motion to Compel Production of Previously Requested Medical Discovery and to Extend Deadlines for Defendant's Discovery of Plaintiff's Medical Records." Docket No. 49. It is readily apparent that the Amended Motion is intended to address Defendant's failure to comply with the referenced Local Rule.

Because Defendant has filed an Amended Motion, it's "Motion to Compel Production of Previously Requested Medical Discovery and to Extend Deadlines for Defendant's Discovery of Plaintiff's Medical Records" (Docket No. 43) is DENIED AS MOOT.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge