IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY MICHON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-00189 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court held a hearing in this matter on August 15, 2014. As the undersigned directed at the hearing, the Court **ORDERS** Defendant Western Express, Inc., to submit its motion regarding Plaintiff Ashley Michon's Fair Labor Standards Act claim electronically **on Friday, August 15, 2014**. Plaintiff shall file its response by **5:00 p.m. on Monday, August 18, 2014**. As explained during today's hearing, the Court also **ORDERS** Plaintiff to submit further briefing on Plaintiff's remaining legal claims by **5:00 p.m. on Tuesday, August 19, 2014**. Defendant shall respond by **5:00 p.m. on Friday, August 22, 2014**.

It is so ORDERED.

Entered this the ____ day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT