IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY MICHON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-00189 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant Western Express, Inc.'s Motion in Limine to Exclude Evidence Which Plaintiff Failed to Disclose or Produce During Discovery ("Motion in Limine") (Doc. No. 95), Defendant's Motion to Exclude Alternative Calculation, Accept Proof or Stipulation Re: Unpaid Overtime Pay and Offer of Liquidated Damages ("Motion to Exclude") (Doc. No. 82), and Plaintiff's Emergency Motion in Objection to Defendant's Exhibit List and Certain Exhibits, and Immediate Requests [sic] for a Status Hearing or Ruling ("Emergency Motion") (Doc. No. 98). Finding it necessary to address these Motions with the parties, the Court hereby **SCHEDULES** a status conference in this case for **Friday, August 22, 2014, at 11:30 am.**

It is so ORDERED.

Entered this the 19th day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT