IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY MICHON, | ) |
| Plaintiff, | ) No. 3:13-cv-00189 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., | ) JURY DEMAND |
| Defendant. | ) |

## ORDER

Pending before the Court are Defendant Western Express, Inc.'s Motion in Limine to Exclude Prejudicial Characterizations of Western Express, Inc. (Doc. No. 94) and Motion in Limine to Exclude Reference to or Evidence of Previous Litigation Involving Western Express, Inc. (Doc. No. 96). Defendant requests the Court exclude evidence or statements by Plaintiff or Plaintiff's counsel "which refer[] to or categorize[] Western with respect to its relative size and/or available resources, including but not limited to its assets, profits, revenue, wealth, or value" (Doc. No. 94 at 1) or regarding "previous litigation and/or complaints involving Western Express, including but not limited to, the amount or frequency of such litigation, the disposition of any previous litigation, and jury and verdict forms" (Doc. No. 96 at 1).

Upon review of the Parties' filings, the Court hereby **GRANTS** Defendant's Motions. Plaintiff shall not reference or introduce any evidence regarding previous litigation or complaints involving Defendant, or Defendant's relative size or available resources. However, the Court may reconsider its ruling if Plaintiff puts forward sufficient evidence to establish grounds for punitive damages.

It is so ORDERED.

Entered this the 22nd day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT