IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY MICHON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-00189 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant Western Express, Inc.'s Motion in Limine to Exclude Evidence that Western Denied Owing Unpaid Overtime (Doc. No. 97) and Motion in Limine to Preclude Prejudicial Characterizations of Western Express as Unreasonable and/or Vexatious (Doc. No. 93). Defendant requests the Court exclude "evidence or statements by Plaintiff or Plaintiff's counsel regarding Western's denial of unpaid overtime" (Doc. No. 97 at 1) and preclude Plaintiff or Plaintiff's counsel from referring to Western as "'unreasonable' or 'vexatious' or referring to Plaintiff's counsel's Motion for Sanctions against Western" (Doc. No. 93 at 1).

Upon review of the Parties' filings, and upon consideration of Magistrate Judge Knowles's Order denying Plaintiff's Motions for Sanctions (Doc. No. 64) and this Court's findings in its Order denying in part Plaintiff's Motion for Partial Summary Judgment (Doc. No. 72), the Court hereby **GRANTS** Defendant's Motions.

It is so ORDERED.

Entered this the 22nd day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT