IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY MICHON, | ) |
| Plaintiff, | ) No. 3:13-cv-00189 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., | ) JURY DEMAND |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Ashley Michon's Motion in Limine ("Motion") in which Plaintiff requests the Court exclude "evidence regarding any actions that would breach any Confidentiality Agreements or Rule of Evidence 408 protecting confidential communications in efforts of settlement." (Doc. No. 78.) Upon review of the Parties' filings, the Court hereby **GRANTS** Plaintiff's Motion. The parties shall not produce any evidence regarding settlement offers and negotiations for any purpose prohibited by Federal Rule of Evidence 408.

It is so ORDERED.

Entered this the 22nd day of August, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT