IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY MICHON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-00189 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Plaintiff Ashley Michon's Emergency Motion in Objection to

Defendant's Exhibit List and Certain Exhibits, and Immediate Requests [sic] for a Status Hearing or

Ruling ("Emergency Motion") (Doc. No. 98), to which Defendant Western Express, Inc. filed a

Response (Doc. No. 99). Plaintiff asks the Court to exclude certain payroll and personnel records first

produced by Defendant on Monday, August 18, 2014, but included on Defendant's Exhibit List. (Doc.

No. 98 at 1.) In its Response, Defendant agreed to withdraw the newly disclosed portions of Exhibits

30–32, and stated that it intends to use the remaining records, Exhibits 18–19 and 36–38, for rebuttal

purposes only. (Doc. No. 99 at 2.) The Court held a hearing on August 22, 2014, to address Plaintiff's

Emergency Motion. At the hearing, the Court orally granted Plaintiff's Emergency Motion in part.

Accordingly, Plaintiff's Emergency Motion (Doc. No. 98) is **GRANTED in part**. The newly

disclosed portions of Defendant's Exhibits 30–32 are excluded. Defendant may use its Exhibits 18–19

and 36–38 for rebuttal only.

It is so ORDERED.

Entered this the 2̲5̲ day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT