UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ASHLEY MICHON,                    )
                                  )
          Plaintiff              )
                                  )        No. 3:13-0189
v.                                )        Judge Nixon/Knowles/Brown
                                  )        **Jury Demand**
WESTERN EXPRESS, INC.,            )
                                  )
          Defendant              )

## O R D E R

A settlement conference was held in this matter on August 27, 2014. Although the parties bargained in good faith, an agreement satisfactory to both sides could not be reached.

The **Clerk** is directed to terminate the referral to the undersigned for settlement unless the parties contact me for further assistance.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge