IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY MICHON, | ) | |
| Plaintiff, | ) | No. 3:13-cv-00189 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., | ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

The Court **CONTINUES** trial in this matter until **Tuesday, January 27, 2015, at 9:00 am**. A pretrial conference is **ORDERED** on **Friday, January 16, at 10:00 am**.

It is so ORDERED.

Entered this the 22nd day of September, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT