IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY MICHON, ) | |
| ) | |
| Plaintiff, ) | No. 3:13-cv-00189 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Knowles |
| WESTERN EXPRESS, INC., ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the jury's verdict, Plaintiff Ashley Michon is **AWARDED** six hundred eighty-eight dollars ($688.00) in backpay damages and twelve thousand nine hundred thirty-six dollars ($12,936.00) in compensatory damages against Defendant Western Express, Inc., for violation of her rights under Title VII of the Civil Rights Act of 1964 and the Tennessee Human Rights Act. Plaintiff is further **DIRECTED** to submit a motion for attorney's fees for the Court's consideration within thirty days of this Order.

It is so ORDERED.

Entered this the ___12___ day of February, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT